# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-50078
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 17, 2015

Lyle W. Cayce
Clerk

CORAZON MCDONALD,

>                        Plaintiff–Appellant,

versus

JOHN MCHUGH,
  Secretary of the Department of the United States Army,

>                        Defendant–Appellee.

Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:14-CV-54

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:*

 Corazon McDonald, *pro se*, sued her employer through the Secretary of the Army under Title VII and the Age Discrimination in Employment Act. She

---

 * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-50078

appeals an adverse summary judgment.

The record establishes, *inter alia*, that McDonald failed the required background investigation and did not rectify the deficiencies. She had difficulties with time management and attendance and refused to sign a counseling letter. She displayed problems with anger management and was not completing assigned tasks in a timely and accurate manner. Eventually she was placed on administrative leave and was issued a notice of proposed removal from the job, whereupon she retired.

After some internal administrative proceedings, McDonald sued, alleging a hostile work environment and discrimination on the basis of race, sex, and age as well as retaliation. The district court granted summary judgment in a convincing order setting forth its reasons. Regarding a hostile work environment, the court noted that McDonald had produced "no evidence of objectively offensive behavior." On the issues of discrimination and retaliation, the court noted that McDonald "has produced no evidence of disparate treatment . . . [or] that she engaged in any protected activity prior to the alleged adverse employment actions."

The summary judgment is AFFIRMED, essentially for the reasons given by the district court.